*Crozier vs. Berry.*

NANCY CROZIER, plaintiff in error, vs. SAMUEL BERRY, defendant in error.

When a witness is rejected for incompetency, the cost for his attendance can only be collected out of the party at whose instance he was subpœnaed.

Subpœna *fi. fa.* and illegality, from Randolph county. Decision by Judge KIDDOO, at November Term, 1858.

The following is the agreed statement of facts, upon which the judgment in the Court below was pronounced, viz:

In an action between Nancy Crozier and John Crozier, in which said Nancy was plaintiff, Samuel Berry was subpœnaed as a witness by said Nancy. Upon the trial Berry was sworn as a witness, but was objected to on the ground of interest; the objection was sustained, and the witness put aside. The case proceeded however, and said Nancy succeeded in obtaining a judgment, and the witness, Berry's, fees were taxed and inserted in the *fi. fa.* issued upon the judgment against the defendant.

It further appeared, that upon illegality or some proceeding had by defendant, the amount of Berry's fees were stricken out. Whereupon, Berry proved his subpœna, a *fi. fa.* issued thereon, against Nancy Crozier, by whom the witness was subpœnaed, as provided by statute.

To this *fi. fa.* Nancy Crozier filed her affidavit of illegality. The Court dismissed the illegality, and counsel excepted.

HARRIS & STEWART, represented by PERKINS, for plaintiff in error.

DOUGLASS & DOUGLASS, represented by ROBINSON, *contra.*

*By the Court.*—LUMPKIN J. delivering the opinion.

Under the Judiciary Act of 1799, the witness is entitled to prove his attendance and collect his cost out of the party at whose instance he is subpœnaed. True it may be taxed in

the bill of cost, and collected out of the party cast; but here this could not be done; because the witness was rejected for incompetency. And in a case made, the Court has decided that the defendant was not liable. Of course, the cost must be paid by the party at whose instance the witness was subpœnaed. It may be, and perhaps is, a hard case. We see no help for it.

Judgment affirmed.